**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

RHONDA EHRLER,

              Plaintiff,

-vs-                                     Case No.  2:09-cv-541-FtM-29SPC

SEASHORE RESORTS, LLC, ROBERT PRISCO,
WEBSTER FINANCIAL CORPORATION, also
known as Webster Bank, N.A., R. FRY
BUILDERS, INC., CAPE CORAL TITLE
INSURANCE AGENCY, INC.,  TITLE
INSURANCE AGENCY, INC., SEAN MILLER,
KOALA EQUITY GROUP, INC.,

              Defendants.

_____

## ORDER

This matter comes before the Court on the Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss (Doc. #54) filed on May 10, 2010.  The Plaintiff moves the Court for permission to respond to the multiple Motions to Dismiss (Doc. #50, 51, 52, and 53).  As grounds, Counsel indicates that instead of filing five (5) separate responses, one response that individually addresses the five (5) referenced motions would ensure judicial economy.

District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001).  Pursuant to Local Rule 3.01(g), opposing Counsel does not oppose the relief requested.  Having considered the motion, the Court will grant the extension of time.

Accordingly, it is now

**ORDERED:**

The Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendants' Motion to Dismiss (Doc. #54) is **GRANTED**. The Plaintiff shall have up to and including **MAY 26, 2010** to file the responsive pleading to the multiple Motions to Dismiss.

**DONE AND ORDERED** at Fort Myers, Florida, this ___24th___ day of May, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record